IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NIKKI BALL,<br><br>     Plaintiff,<br><br>vs.<br><br>RORY CARSTENS, HANDEI MACK, INC.,<br><br>     Defendants. | 8:14CV144<br><br>MEMORANDUM AND ORDER |

After conferring with counsel for the parties and with Judge Gerrard, and with their consent,

1) The parties' Joint Stipulation for Dismissal, (Filing No. 21), is granted.

2) Plaintiff's claims against Defendant Rory Carstens are dismissed without prejudice, all parties to bear their own costs.

3) Judge Gerrard's memorandum and order referring this case to bankruptcy, (Filing No. 20), is withdrawn. The Clerk shall send a copy of this order to the Bankruptcy Court.

3) This case is no longer stayed, and the parties may proceed with the depositions scheduled for today.

June 19, 2014.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge